MORRIS MANN, Respondent, v. SHIRLEY MANN, Appellant.— Action for absolute divorce. Framed issues were submitted to the jury on the question of defendant's adultery and a verdict was rendered in her favor. On motion of plaintiff the verdict was set aside as against the weight of the evidence and a new trial granted. Defendant appeals. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

MARY NIKKARI, as Executrix of JOHN NIKKARI, Deceased, Appellant, v. S. SCOTT FAUBEL, Doing Business as ORIENTAL BUS SERVICE, et al., Respondents.— Action to recover damages for personal injuries and for property damage due to the collision of a car driven by plaintiff's intestate and a bus owned by defendant Faubel and driven by defendant DeLoe. Judgment in favor of defendants, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ.

ROSE Z. SAFIE, Respondent, v. ELIAS A. SAFIE, Defendant, and ALEJANDRO SAFIE, Appellant.— Action to set aside as fraudulent and void conveyances of a parcel of real property, a bill of sale of certain personal property, and the transfer of certain cash and bonds, etc. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See post, p. 1057.]

ELIZABETH M. WEST, Respondent, v. EDMUND C. WEST, Appellant.— Action for separation. Judgment in favor of plaintiff wife unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ.

ANNE GOLDSTEIN, Respondent, v. SOLOMON GOLDSTEIN, Appellant.— On argument, the order appealed from is modified by reducing the amount ordered to be paid by defendant for the support, maintenance and education of the child of the parties from $12 per week to $10 per week. As thus modified, the order is affirmed, without costs. Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.